UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: City Tours, Inc.

CASE NO. 16-51690-rbk
CHAPTER 11

PROCEEDING MEMO - §341 MEETING ON 8/29/2016, AT 9:30 a.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): YES

2. Debtor(s) appeared: YES

3. Counsel for debtor(s) appeared: YES

4. Meeting adjourned to _____, at _____ a.m.

   OR

   Meeting concluded: YES

5. Notes of Presiding Officer:

   1. Debtor needs to open DIP account or file motion to maintain pre-petition accounts.
   2. Debtor needs to provide proof of opening DIP and voided permanent check from account.
   3. Debtor needs to amend Schedule B to list bank accounts and omitted assets.
   4. Debtor needs to amend Schedules G and H to list contracts and co-debtors.
   5. Debtor needs to amend SOFA to list correct income.
   6. Debtor needs to provide accord certificates listing the UST for notice purposes.

DATE PETITION FILED: 7/29/2016
BAR DATE: 11/28/2016
PLUS 120 DAYS: 11/26/2016

CREDITORS' COMMITTEE FORMED: NO    NOTICE OF APPOINTMENT FILED: _____

/s/ James W. Rose, Jr.
Presiding Officer

REV 7/1/2003